```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF VIRGINIA
                    Norfolk Division
```

DEBORAH MILTIER REDMON,

           Plaintiff,

v.                                         ACTION NO. 2:19cv511

ANDREW SAUL,
Commissioner OF Social Security,

           Defendant.

## FINAL ORDER

This matter comes before the court on Defendant's Motion to Dismiss the Plaintiff's case for failure to prosecute her claim, with a memorandum in support and a *Roseboro* Notice. ECF Nos. 13-15.

On December 4, 2019, this matter was referred to United States Magistrate Judge Lawrence R. Leonard, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the matter. ECF No. 10.

The United States Magistrate Judge's Report and Recommendation ("R&R"), was filed on June 29, 2020. ECF No. 17. The R&R recommends that Defendant's Motion to Dismiss be

granted, the decision of the Commissioner be affirmed, and the matter be dismissed.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days of the date of service of the R&R to the objecting party. Id. at 2-3. No objections were filed.

The court, having reviewed the record in its entirety, does hereby **ADOPT AND APPROVE IN FULL** the findings and recommendations set forth in the Magistrate Judge's R&R, filed on June 29, 2020. Accordingly, Defendant's Motion to Dismiss is **GRANTED**; the decision of the Commissioner is **AFFIRMED**: and this matter is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall enter judgment in favor of Defendant and close the case on this court's docket. The Clerk is **DIRECTED** to send a copy of this Final Order to the Plaintiff and counsel for the Defendant.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

July 22, 2020